UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GENERAL ELECTRIC
CAPITAL CORPORATION                CIVIL ACTION

VERSUS                             NUMBER 08-241-FJP-DLD

ROBERT CRITNEY, SR. D/B/A
R.C. BUS LINES

**RULING**

This matter is before the Court on the plaintiff General Electric's motion for summary judgment[1] which was filed on August 6, 2008. Because the defendant has failed to oppose this motion within twenty days as required by Local Rule 7.5M, the Court must assume that they have no opposition to this motion.[2] Furthermore, based on the evidence submitted with defendant's motion, the Court also finds that summary judgment should be granted as a matter of fact and law.

Judgment shall be entered accordingly.

IT IS SO ORDERED.

Baton Rouge, Louisiana, October 1, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 8.

[2] *See* Local Rule 7.5M, which requires "[e]ach respondent opposing a motion [to] file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 20 days after service of the motion."